Raymond J. Tittmann No. 191298
Christina M. Roberto No. 317139
Patrick M. Laurence No. 228272
Isaac Walrath No. 317767
Anneliese Bradley 347523
**TITTMANN WEIX LLP**
350 S. Grand Ave., Suite 1630
Los Angeles, California 90071
Phone: (213) 797-0630
rtittmann@tittmannweix.com
croberto@tittmannweix.com
plaurence@tittmannweix.com
iwalrath@tittmannweix.com
abradley@tittmannweix.com

Attorneys for Plaintiff and Counter-Defendant
VOYAGER INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>ZALMAN N. INC., an incorporated business entity in California and ZALMAN T. NEMTZOV, an individual,<br><br>Defendants. | Case No. 2:22-cv-03010-PA-MAR<br><br>**MEMORANDUM OF VOYAGER INDEMNITY INSURANCE COMPANY IN SUPPORT OF EVIDENTIARY OBJECTIONS TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Hearing:**<br>Date:           April 10, 2023<br>Time:           1:30 pm<br>Courtroom:   9A, 9th Floor<br>Judicial Officer: Hon. Percy Anderson |

Pursuant to this Court's Civil Trial Scheduling Order (Dckt. No. 26), which directs that "[e]videntiary objections are to be addressed in a separate memorandum to be filed

with the … reply brief", Plaintiff and Counter-Defendant Voyager Indemnity Insurance Company ("Voyager") hereby submits this Memorandum in Support of Evidentiary Objections to Opposition to Voyager's Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication filed by Defendants and Counter-Claimants Zalman N., Inc. and Zalman T. Nemtzov (collectively, "Zalman").

Separate Statement Paragraph 8. Objection to the purported Subcontract Agreement, which must be excluded because the Subcontract Agreement (1) is not alleged anywhere in Zalman's Answer and Counterclaim; (2) was not disclosed in Zalman's Rule 26 initial disclosures because Zalman never served any disclosures; (3) was not produced in response to Voyager's requests for production despite Zalman's statement under oath that all "contracts" and "agreements" in his possession, custody, and control had been produced; and (4) was not identified in Zalman's verified interrogatory responses despite being asked specifically to identify all facts and documents which support Zalman's contention that he is an additional insured. See Fed. R. Civ. Proc. 26(e); Fed. R. Civ. Proc. 37; Fed. R. Civ. Proc. 8.

Dated: March 27, 2023

TITTMANN WEIX LLP

By: _____
Raymond J. Tittmann
Christina Roberto
Patrick M. Laurence
Isaac Walrath

Attorneys for Plaintiff and Counter-Defendant
VOYAGER INDEMITY INSURANCE COMPANY

# CERTIFICATE OF SERVICE
*Voyager v. Zalman N., Inc., et al.*
*USDC of Central District of California – Western Division*
Case No. 2:22-cv-03010-PA-MAR

I am an employee in the Los Angeles County, State of California. I am over the age of 18 years and not a party to the within action. My business address is 350 S. Grand Ave., Ste. 1630, Los Angeles, CA 90071. On March 27, 2023, I served the foregoing documents entitled:

**MEMORANDUM OF VOYAGER INDEMNITY INSURANCE COMPANY IN SUPPORT OF EVIDENTIARY OBJECTIONS TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

| |
|---|
| Paul D. Bojic, Esq.<br>45110 Club Drive, Suite E<br>Indian Wells, CA 92210<br>realestateattorney1@msn.com<br><br>Tel: (760) 340-3700<br>Fax: (760) 340-3724<br><br>*Counsel for Defendant and Counterclaimant ZALMAN N., INC., and ZALMAN T. NEMTZOV* |

☐ **BY MAIL:** By placing the original and/or a true and correct copy enclosed in a sealed envelope with postage fully prepaid, in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth listed above.

☒ BY ELECTRONIC TRANSMISSION. By e-mailing the document(s) to the persons at the e-mail address(es) above. This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ STATE - I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on March 27, 2023, at Huntington Beach, California.

*/s/ Kelly O'Brien*

Kelly O'Brien