Raymond J. Tittmann No. 191298
Christina M. Roberto No. 317139
Patrick M. Laurence No. 228272
Isaac Walrath No. 317767
**TITTMANN WEIX LLP**
350 S. Grand Ave., Suite 1630
Los Angeles, California 90071
Phone: (213) 797-0630
rtittmann@tittmannweix.com
croberto@tittmannweix.com
plaurence@tittmannweix.com
iwalrath@tittmannweix.com

Attorneys for Plaintiff and Counter-Defendant
**VOYAGER INDEMNITY INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZALMAN N. INC., an incorporated business entity in California and ZALMAN T. NEMTZOV, an individual,<br><br>Defendants. | Case No. 2:22-cv-03010-PA-MAR<br><br>**WRITTEN OBJECTIONS OF VOYAGER INDEMNITY INSURANCE COMPANY TO EVIDENCE OFFERED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date:        April 10, 2023<br>Time:       1:30 pm<br>Courtroom: 9A, 9th Floor<br>Location:   Hon. Percy Anderson |

Pursuant to Federal Rule of Civil Procedure 56, the Local Civil Rules, and this Court's Civil Trial Scheduling Order (Dckt. No. 26), Voyager hereby submits Written Objections to Evidence Offered in Opposition to Motion for Summary Judgment filed by Defendants Zalman N. Inc. and Zalman T. Nemtzov (collectively, "Zalman").

Voyager objects to paragraphs 1 and 2 of the Declaration of Paul D. Bojic. (Dckt. No. 40-1) concerning his client's discovery of the purported subcontract between Zalman and MRB Construction Inc. Specifically, Zalman's statements to Mr. Bojic that Zalman

"found" the document "after months of digging through boxes" and that Zalman had "located" the document after searching for it "[f]or the last many months" are statements made by someone other than Mr. Bojic and offered to prove the truth of the matter asserted in the statements. As such, they constitute hearsay and are inadmissible under Rules 801 and 802 of the Federal Rules of Evidence. In addition, these statements are not based on personal knowledge. As such, they are also inadmissible under Rule 602 of the Federal Rules of Evidence ("A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter."). Further, Mr. Bojic's statement in paragraph 1 indicating that "[o]n Sunday, March 26, 2023," he was first informed about the discovery of the purported subcontract is unreliable as it conflicts with the fact that on March 20, 2023, Mr. Bojic filed the same purported contract as Exhibit D to the Declaration of Zalman Nemtzov (Dckt. No. 36-3). As such, paragraph 1 has no probative value and is inadmissible under Rule 403 of the Federal Rules of Evidence.

Dated: April 5, 2023                    TITTMANN WEIX LLP

                                        By: _____
                                            Raymond J. Tittmann
                                            Christina M. Roberto
                                            Patrick M. Laurence
                                            Isaac Walrath

                                        Attorneys for Plaintiff and Counter-Defendant VOYAGER INDEMNITY INSURANCE COMPANY

Case No. 2:22-cv-03010-PA-MAR                    2
WRITTEN OBJECTIONS OF VOYAGER INDEMNITY INSURANCE COMPANY TO EVIDENCE OFFERED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**
*Voyager v. Zalman N. Inc., et al.*
*USDC of Central of California – Western Division*
Case No. 2:22-cv-03010-PA-MAR

I am an employee in the Los Angeles County, State of California. I am over the age of 18 years and not a party to the within action. My business address is 350 S. Grand Ave., Suite 1630 Los Angeles, CA 90071. On April 5, 2023, I served the foregoing document entitled:

**WRITTEN OBJECTIONS OF VOYAGER INDEMNITY INSURANCE COMPANY TO EVIDENCE OFFERED IN OPPOSITION TO VOYAGER'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

| | |
|---|---|
| Paul D. Bojic, Esq.<br>45110 Club Drive, Suite E<br>Indian Wells, CA 92210<br>realestateattorney1@msn.com<br><br>Tel: (760) 340-3700<br>Fax: (760) 340-3724<br><br>Attorney for Defendant and Counterclaimant<br>ZALMAN N. INC. and ZALMAN T. NEMTZOV | |

☐    BY MAIL: By placing the original and/or a true and correct copy enclosed in a sealed envelope with postage fully prepaid, in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Los Angeles, California, in the ordinary course of business.

☒    By e-mailing the document(s) to the persons at the e-mail address(es) above. This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐    BY OVERNIGHT MAIL: I caused a copy of said document(s) to be placed in an overnight mail depository for next day delivery.

☒    STATE - I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on April 5, 2023 at Huntington Beach, California.

/s/ *Kelly O'Brien*

Kelly O'Brien

Case No. 2:22-cv-03010-PA-MAR    4

WRITTEN OBJECTIONS OF VOYAGER INDEMNITY INSURANCE COMPANY TO EVIDENCE OFFERED IN OPPOSITION TO VOYAGER'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION