**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ZALMAN N., INC. an unincorporated business entity in California and ZALMAN T. NEMTZOV, an individual,<br><br>        Defendants. | CV 22-3010 PA (MARx)<br><br>JUDGMENT |

Pursuant to the Court's April 7, 2023 Minute Order granting the Motion for Summary Judgment filed by plaintiff Voyager Indemnity Insurance Company ("Voyager") and dismissing with prejudice the Counterclaim filed by defendants and counter claimants Zalman N. Inc. and Zalman T. Nemtzov (collectively "Zalman"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Voyager is entitled to summary judgment on its claim for declaratory relief and that Voyager has no duty to defend or indemnify Zalman for claims arising out of or related to Los Angeles Superior Court Case No. 20STCV17331; and

    2.    Zalman's Counterclaim against Voyager is dismissed with prejudice; and

//

3. Voyager shall recover from Zalman its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: April 7, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE